# UNITED STATES DISTRICT COURT
for the
District of Guam

FILED
DISTRICT COURT OF GUAM
JUN 01 2017
JEANNE G. QUINATA
CLERK OF COURT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                                  ) Case No.
Storage Unit D148, Harmon Mini Storage and )
Warehouses, Harmon Industrial Park, Guam ) MJ-17-00006
(See Attachment A) )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_\_\_Guam\_\_\_\_
*(identify the person or describe the property to be searched and give its location)*:

Storage Unit D148, Harmon Mini Storage and Warehouses, Harmon Industrial Park, Guam. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   February 3, 2017   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/20/17  5:50 P.M.                          *[signature]*
                                                                                               *Judge's signature*

City and state:   Hagatna, Guam              JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
                                                                                      *Printed name and title*

ORIGINAL

## Return

| Case No.: | Date and time warrant executed: 1/20/17 6:43 pm | Copy of warrant and inventory left with: D148 Harmon Mini Storage |
|---|---|---|

Inventory made in the presence of: SA Dana Walker

Inventory of the property taken and name of any person(s) seized:

See attached ~~cash~~ P.C receipt for cash or other items.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/1/17

_Jeremiah Cruz TFO_
Executing officer's signature
Printed name and title

Returned before me on June 1, 2017 at 11:25 a.m.

ATTACHMENT A

Storage Unit D148 located at Harmon Mini Storage and Warehouses in Harmon Industrial Park, Guam



## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

1. Controlled substances, in particular, but not limited to, methamphetamine, methamphetamine processing and distribution equipment such as scales, cutting devices cutting materials, and packaging materials.

2. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, utility and telephone bills, statements, and identification documents.

3. Ledger books, bank records, telephone records, receipts, airline tickets, drug customer lists, drug paraphernalia, photos and other papers that relate to the importation, transportation, ordering, purchasing and the distribution of controlled substances, precious metals, jewelry, automobile titles, stereo and electronics equipment and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations and business fronts. Paperwork to include, but are not limited to, commercial airlines, commercial, ocean-going vessels, private automobiles, government and contract mail services. Access to locked safes, or locked storage containers, ~~vehicles on premise and curtilage.~~

4. U.S. Currency.

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Harmon Mini Storage
D145

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 1/20/17

**DIVISION/DISTRICT OFFICE**

LHID/GKO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Craftsman tool box | seized per search |
|  | 3-drawer plastic portable chest | warrant |
|  | black/red |  |
|  | Nothing Follows |  |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Jeremiah Cu TFO

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
SA D Walker

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version